UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.   3:07mj94

DYLAN C. YONKER

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    May 13, 2009
Type of Motion/Pleading: MOTION WAIVING VENUE
Filed by: DEFENDANT           on 5/12/09      Document    7
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Joanne Ahr
                                  Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 13th day of May, 2009, that:

(a)  The requested relief is DENIED.

(b)  Defendant's citation to Rule 58(c)(2)(A) is inapposite. That rule applies if a defendant seeks to have his case transferred to a district different from the one where the complaint or information is pending. Venue is appropriate in this court, and defendant states in his motion that he wishes for this court to dispose of his case.  Thus, no "waiver" of venue is necessary.

                                    /s/ *Miles Davis*

                                    MILES DAVIS
                                    UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                            Document No.